IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKEEM PAGE-JONES,<br>    Plaintiff<br><br>    v.<br><br>JASON BERFIELD, *et al.*,<br>    Defendants | :<br>:<br>:   No. 1:20-cv-1042<br>:<br>:<br>:   (Judge Rambo)<br>:<br>:<br>: |

## ORDER

**AND NOW**, on this 18th day of December 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' partial motion to dismiss (Doc. No. 19) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion (Doc. No. 19) is **GRANTED** with respect to: (1) Plaintiff's claims against Defendants Srebro, Miller, Heist, Moore, and Moslak; (2) any claims against Defendant Harry arising from her involvement in the review of his grievances; (3) his claims pursuant to 18 U.S.C. §§ 241 and 241; (4) his official capacity claims; and (5) his § 1985(3) conspiracy claim. The Clerk of Court is directed to terminate Srebro, Miller, Heist, Moore, and Moslak as Defendants in the above-captioned case;

   b. The motion (Doc. No. 19) is **DENIED** with respect to Plaintiff's conspiracy claim;

2. The above-captioned case will proceed as to Plaintiff's First Amendment retaliation claim against Defendants Berfield, Zimmerman, Schneck, Reese, Reneker, Buelto, Gilday, Snyder, and Harry, as well as Plaintiff's civil conspiracy claim;

3. Remaining Defendants are directed to file an answer to the amended complaint (Doc. No. 16) within fourteen (14) days of the date of this Order; and

4. The parties are directed to complete discovery within six (6) months of the date on which remaining Defendants file their answer.

                                                    s/ Sylvia H. Rambo
                                                    United States District Judge