IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AKEEM PAGE-JONES, | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1042 |
| v. | : | |
| | : | (Judge Rambo) |
| JASON BERFIELD, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 14th day of December 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket in the above-captioned action to reflect the proper spelling of Defendant Gildea's name;

2. Defendants' motion for summary judgment (Doc. No. 42) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion is **GRANTED** with respect to the following: (1) Plaintiff's claims against Defendants Harry, Snyder, and Buelto; (2) Plaintiff's First Amendment retaliation claims against Defendants Berfield, Schneck, Reneker, and Buelto; and (3) Plaintiff's civil conspiracy claim. The Clerk of Court is directed to defer the entry of judgment in favor of Defendants on these claims until the conclusion of the above-captioned proceedings;

   b. The motion is **DENIED** with respect to Plaintiff's First Amendment retaliation claim against Defendants Zimmerman and Reese;

3. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program;

4. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

5. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

6. In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel for Defendants and the mediator will coordinate with officials for the Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

7. The parties shall complete mediation within sixty (60) days of the date of this Order; and

8. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

                                        s/ Sylvia H. Rambo
                                        United States District Judge